**Dismissed w.o.j. and Opinion Filed July 21, 2017.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00811-CV

### IN RE KAMAURIS DEVONTAY JOHNSON, Relator

**Original Proceeding from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-72084-U**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Evans, and Stoddart
Opinion by Justice Evans

Before the Court is relator's July 12, 2017 petition for writ of mandamus in which relator asks the Court to direct Dallas District Clerk Felicia Pitre to transfer certain documents to the Texas Court of Criminal Appeals.

This Court does not have jurisdiction to issue a writ of mandamus against a district clerk unless it is necessary to enforce our own jurisdiction. TEX. GOV'T CODE ANN. § 22.221(a) (West 2004) (court of appeals may only issue writ of mandamus against district and county judges or as necessary to enforce jurisdiction of appellate court); *In re Wilkerson*, No. 05-16-00322-CV, 2016 WL 1320815, at *1 (Tex. App.—Dallas Apr. 5, 2016, orig. proceeding) (citing *In re Simpson*, 997 S.W.2d 939, 939 (Tex. App.—Waco 1999, orig. proceeding)). Relator has no appeal

pending in this Court and, therefore, our jurisdiction is not in jeopardy. Accordingly, we dismiss

relator's petition for writ of mandamus for want of jurisdiction.

170811F.P05

/s/David Evans/
DAVID EVANS
JUSTICE